IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JORGE L. NIEBLA,
  Plaintiff,

vs.            CASE NO.: 3:05cv489/RV/MD

UNITED STATES MAGISTRATE JUDGE
ELIZABETH TIMOTHY,
  Defendant.

---

**O R D E R**

  This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 3, 2005.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

  Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

  Accordingly, it is now ORDERED as follows:

  Pursuant to 28 U.S.C. § 1915(g), this cause is DISMISSED WITHOUT PREJUDICE to plaintiff's initiating a new cause of action accompanied by payment of the $250.00 filing fee in its entirety.

  DONE AND ORDERED this 1st day of February, 2006.


              /s/ _Roger Vinson_
              **ROGER VINSON**
              **SENIOR UNITED STATES DISTRICT JUDGE**